UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNA BOWLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case No. 1:17-cv-03982-AJN |

Declaration

of

**COLIN B. WEIR**

July 30, 2018

CONFIDENTIAL - REDACTED