UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNA BOWLING, individually and on behalf of all others similarly situated,<br><br>                                                    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>                                                  Defendants. | Case No. 1:17-cv-03982-AJN |

Reply Declaration

of

**COLIN B. WEIR**

November 16, 2018

MAY REFERENCE MATERIALS DESIGNATED "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" UNDER PROTECTIVE ORDER

**REDACTED**