# EXHIBIT EE

# EXHIBIT FILED UNDER SEAL