IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNA BOWLING,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>                    Defendants. | Case No. 1:17-cv-03982-AJN |

**PARTIES' JOINT NOTICE OF ACCEPTANCE OF
DEFENDANT McNEIL NUTRITIONALS, LLC'S OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Suzanna Bowling ("Plaintiff") and Defendant McNeil Nutritionals, LLC's ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby notify the Court that Plaintiff has accepted Defendant's Offer of Judgment dated November 15, 2019, attached hereto as Exhibit A. Plaintiff's written notice accepting the offer dated November 27, 2019 is attached hereto as Exhibit B. An affidavit of service of the Offer of Judgment dated January 13, 2020 is attached hereto as Exhibit C. The Parties accordingly request, pursuant to Rule 68 and the terms specified in the Offer, that the Clerk of Court enter judgment against Defendant in the amount of Five Thousand Dollars ($5,000) as Plaintiff's total recovery, which sum includes all claims for reasonable costs accrued to the date of the offer.

Dated: January 13, 2020
New York, New York

Respectfully submitted,

By: /s/ Joseph I. Marchese
Joseph I. Marchese

BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7410
Facsimile: (212) 989-9163
jmarchese@bursor.com

*Counsel for Plaintiff Suzanna Bowling*

By: /s/ Hannah Y. Chanoine
Hannah Y. Chanoine

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hchanoine@omm.com

Richard B. Goetz (*Pro Hac Vice*)
Carlos M. Lazatin (*Pro Hac Vice*)
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
rgoetz@omm.com
clazatin@omm.com

*Counsel for Defendants Johnson & Johnson and McNeil Nutritionals, LLC*

cc: Hon. Debra Freeman
Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007