# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNA BOWLING,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case No. 1:17-cv-03982-AJN |

## DEFENDANT McNEIL NUTRITIONALS, LLC's OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant McNeil Nutritionals, LLC ("McNeil") hereby offers to allow judgment to be taken against it by Plaintiff Suzanna Bowling ("Plaintiff") in the above-captioned matter in the amount of and for the total sum of Five Thousand Dollars ($5,000) as Plaintiff's total recovery, which sum shall include all claims for reasonable costs accrued to the date of this offer, provided that Plaintiff agrees to dismiss the above-captioned matter against McNeil and Defendant Johnson & Johnson with prejudice.

This offer of judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that McNeil is liable in this action or that Plaintiff has suffered any damage. Pursuant to Rule 68, this offer of judgment is not to be construed as an admission of any kind and is not admissible for any purpose except to ensure its enforcement should it be accepted by Plaintiff or in a proceeding to determine reasonable costs.

If this offer is accepted in writing within 14 days after the date of service, notice of acceptance should be served upon McNeil and the clerk of the Court. If this offer is not accepted in writing within 14 days after the date of service, it shall be deemed withdrawn. In the event that Plaintiff obtains a judgment less favorable than the judgment herein, McNeil shall apply for reasonable costs in accordance with Rule 68.

Dated: New York, New York
November 15, 2019

                                    O'MELVENY & MYERS LLP

                                    By: _____
                                          Hannah Chanoine

                                    O'MELVENY & MYERS LLP
                                    Times Square Tower
                                    7 Times Square
                                    New York, NY 10036
                                    Telephone: (212) 326-2000
                                    Facsimile: (212) 326-2061
                                    hchanoine@omm.com

                                    Richard B. Goetz (*Pro Hac Vice*)
                                    Carlos M. Lazatin (*Pro Hac Vice*)
                                    400 South Hope Street, 18th Floor
                                    Los Angeles, CA 90071
                                    Telephone: (213) 430-6000
                                    Facsimile: (213) 430-6407
                                    rgoetz@omm.com
                                    clazatin@omm.com

                                    *Counsel for Defendants Johnson & Johnson and McNeil Nutritionals, LLC*

TO:    Joseph I. Marchese

        *Counsel for Plaintiff*
        *Suzanna Bowling*

2